Joshua D. Baer, Esq.
PA Bar No. 87476
MARGOLIS EDELSTEIN
170 S. Independence Square W.
The Curtis Center, Suite 400E
Philadelphia, PA 19106-3337
215.922.1100 (Phone)
jbaer@margolisedelstein.com

Attorney for Plaintiff
MANDI DESHONG,

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| MANDI DESHONG,<br><br>        Plaintiff,<br><br>   vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:13-cv-00417-YK<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Yvette Kane |

Plaintiff, MANDI DESHONG, by and through her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

1

NOTICE OF SETTLEMENT

Dated: May 28, 2013                                  RESPECTFULLY SUBMITTED,


                                                     By: /s/ Joshua D. Baer
                                                         Joshua D. Baer, Esq.
                                                         *Attorney for Plaintiff*

NOTICE OF SETTLEMENT