IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MANDI DESHONG** : | |
| : | Civil Action No.: 1:13-cv-417 |
| **Plaintiff** : | |
| : | (Chief Judge Kane) |
| v. : | |
| : | |
| **PERFORMANT RECOVERY, INC., et al.** : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this 30th day of May 2013, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
